IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL DOUGLAS KUHN**                                                                 **PLAINTIFF**

V.                                  **CASE NO. 5:23-CV-5026**

**DEPUTY BILBREY, Washington County
Detention Center (WCDC);
DEPUTY PHIPPS, WCDC;
CORPORAL BREWER, WCDC;
SERGEANT BYRD, WCDC;
and CORPORAL CORLEY, WCDC**                                               **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 10) filed on March 28, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no objections have been filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim, and the Clerk is **DIRECTED** to place a § 1915(g) strike flag on the case. Further, the Court agrees with the Magistrate Judge that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 17th day of April, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE